IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JASYN L. STEWART**                                                            **PLAINTIFF**

**V.**                              **CASE NO. 5:25-CV-5265**

**CASSIE RIDENOURE**                                         **DEFENDANT**

### ORDER

Now before the Court is the Report and Recommendation (Doc. 8) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g) and thus, **the Clerk is directed to place a § 1915(g) strike flag on the case** for future judicial consideration. In view of this Order, the Motion for Subpoena (Doc. 9) is **MOOT**.

**IT IS SO ORDERED** on this 2nd day of March, 2026.

                                                     */s/ Timothy L. Brooks*
                                                     TIMOTHY L. BROOKS
                                                     CHIEF UNITED STATES DISTRICT JUDGE